UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. **\*+\*+** 2:CR 11-00492     Date February 3, 2016

Title    United States v. **\*+\*** Manuel Anaya

Present: The Honorable   Gail J. Standish

E. Carson                      n/a
Deputy Clerk                Court Reporter / Recorder

Attorneys Present for Government:      Attorneys Present for Defendant:

n/a                                    n/a

**Proceedings:**     (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

      The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation ☒ supervised release.

      The Court finds that

A.    ☒    Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

       ☐    Lack of bail resources

       ☐    Refusal to interview with Pretrial Services

       ☐    No stable residence or employment

       ☒    Previous failure to appear or violations of probation, parole, or release

       ☒    Ties to foreign countries

       ☒    Allegations in petition

       ☐

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.  *+*+                                Date  February 3, 2016

Title     United States v. *+*

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Nature of previous criminal convictions

☒ Allegations in petition

☐ Substance abuse

☐ Already in custody on state or federal offense

☒ Illegal firearm found in residence.

* * *

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.